JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
Attorneys for the United States of America

FILED
SEP 26 2023
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK ORMAND DAVIS,<br><br>Defendant. | Case No.  2:23-MJ- 858 -VCF<br><br>CRIMINAL COMPLAINT<br><br>VIOLATIONS:<br><br>Counts One, Two and Three:<br>18 U.S.C. §§ 111(a) and (b) – Assault Inflicting Bodily Injury on a Person Assisting a Federal Officer<br><br>Counts Four and Five: 18 U.S.C. § 111(a) – Assault on a Person Assisting a Federal Officer |

BEFORE the Honorable Cam Ferenbach, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

## COUNT ONE
Assault Inflicting Bodily Injury on a Person Assisting a Federal Officer
18 U.S.C. § 111(a) and (b)

On or about September 6, 2023, in the State and Federal District of Nevada,

KIRK ORMAND DAVIS,

the defendant herein, did forcibly assault C.K., Nevada Southern Detention Center Detention Officer, a person designated in Title 18, United States Code, Section 1114, with

1

a deadly or dangerous weapon while that person was assisting a Federal Officer in the performance his official duties, and on account of that assistance, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT TWO
Assault Inflicting Bodily Injury on a Person Assisting a Federal Officer
18 U.S.C. § 111(a) and (b)

On or about September 6, 2023, in the State and Federal District of Nevada,

KIRK ORMAND DAVIS,

the defendant herein, did forcibly assault L.K., Nevada Southern Detention Center Nurse, a person designated in Title 18, United States Code, Section 1114, with a deadly or dangerous weapon while that person was assisting a Federal Officer in the performance his official duties, and on account of that assistance, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT THREE
Assault Inflicting Bodily Injury on a Person Assisting a Federal Officer
18 U.S.C. § 111(a) and (b)

On or about September 8, 2023, in the State and Federal District of Nevada,

KIRK ORMAND DAVIS,

the defendant herein, did forcibly assault and inflict bodily injury upon D.H., Nevada Southern Detention Center Chief of Security, a person designated in Title 18, United States Code, Section 1114, while that person was assisting a Federal Officer in the performance his official duties, and on account of that assistance, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT FOUR
### Assault on a Person Assisting a Federal Officer
### 18 U.S.C. § 111(a)

On or about September 13, 2023, in the State and Federal District of Nevada,

KIRK ORMAND DAVIS,

the defendant herein, did forcibly assault A.G., Nevada Southern Detention Center Detention Officer, a person designated in Title 18, United States Code, Section 1114, while that person was assisting a Federal Officer in the performance his official duties, and on account of that assistance, all in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT FIVE
### Assault on a Person Assisting a Federal Officer
### 18 U.S.C. § 111(a)

On or about September 14, 2023, in the State and Federal District of Nevada,

KIRK ORMAND DAVIS,

the defendant herein, did forcibly assault D.P., Nevada Southern Detention Center Assistant Shift Supervisor, a person designated in Title 18, United States Code, Section 1114, while that person was assisting a Federal Officer in the performance his official duties, and on account of that assistance, all in violation of Title 18, United States Code, Sections 111(a)(1).

## PROBABLE CAUSE AFFIDAVIT

1. Your Complainant, Michael Desch, as a Deputy United States Marshal with the United States Marshals Service (USMS), states the following as and for probable cause:

2. Your Complainant is a Deputy United States Marshal and has been so employed since January 2010. As a Deputy Marshal, your Complainant has investigated, among other things, violations of the federal firearms and narcotics laws, as well as crimes

3

of violence and gang-related crimes. Your Complainant has participated in the execution of criminal arrests and has received training in, among other things, criminal procedure, search and seizure, firearms and narcotics investigations, and the identification and investigation of organized gangs. Your Complainant is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. Your Complainant has been involved in an investigation which is the subject of this Affidavit. Due to your Complainant's personal participation in this investigation and reports made to your Complainant by other deputy marshals, Nevada Southern Detention Center (NSDC) officers and staff, and Nye County Sheriff's Office (NCSO) deputy sheriffs and staff, your Complainant is familiar with the facts and circumstances surrounding the investigation. Your Complainant's training and experience as a Deputy Marshal, including participation in this investigation, form the basis for opinions and conclusions set forth below. While your Complainant has participated in the below described investigation, your Complainant has not provided every fact known to him within this Complaint. Rather, your Complainant has included only those facts necessary to establish probable cause.

## FACTS ESTABLISHING PROBABLE CAUSE

4. An investigation by the United States Marshals Service (USMS), the Nevada Southern Detention Center (NSDC), and the Nye County Sheriff's Office (NCSO) has determined that between on or about September 6 and September 14, 2023, Kirk Ormand DAVIS assaulted, resisted, opposed, impeded, intimidated, and interfered with five persons working at the NSDC, each of whom was then a person designated in

4

Title 18, United States Code, Section 1114, while each of those persons was assisting a Federal Officer, United States Marshal Gary D. Schofield, in the performance his official duties, and on account of that assistance, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

5. On June 22, 2023, Kirk Ormand DAVIS appeared before a United States Magistrate Judge on a Petition for Revocation of Supervised Release. DAVIS was serving terms of supervision in two cases in this District, *United States of America v. Kirk Ormand Davis*, Case No. 2:12-cr-373-GMN-VCF, and *United States of America v. Kirk Ormand Davis*, Case No. 2:13-cr-55-GMN-VCF. DAVIS had been convicted of two counts of Bank Robbery in violation of 18 U.S.C. § 2113(a) in each case of supervision, consistent with his pleas. The petition asserted that DAVIS had violated two conditions of supervision, that is, he had committed a new crime, an assault on a hotel manager, and had failed to take his medications as prescribed. At his initial appearance on the petition, DAVIS submitted to detention. The Magistrate Judge ordered DAVIS detained pending the revocation hearing, remanding DAVIS to the custody of the United States Marshal, Gary D. Schofield.

6. The Nevada Southern Detention Center, located at 2190 East Mesquite Avenue in Pahrump, Nevada, is contracted to hold detainees on behalf of the USMS. The officers and staff of the NSDC held DAVIS in detention pending the revocation hearing, assisting the United States Marshal, an officer and employee of the United States, in the performance of his official duties.

7. According to the petition for revocation, DAVIS has been diagnosed with Schizotypal Personality Disorder, Bipolar Disorder (severe), Alcohol Use Disorder

1 (severe), and Stimulant Use Disorder (methamphetamine, severe). DAVIS was receiving
2 medications at NSDC for the treatment of those conditions.

3      8.      On September 6, 2023, at approximately 10:20 p.m., NSDC Detention
4 Officer C.K. and NSDC Nurse L.K. attempted to provide DAVIS his prescribed
5 medications. When Detention Officer C.K. opened the food port of DAVIS' cell door,
6 DAVIS threw a cup containing feces and urine through the food port, striking Nurse L.K.
7 in the head and torso with feces and urine and Detention Officer C.K. in the arm with
8 feces and urine. Detention Officer C.K. closed the food port, then DAVIS yelled through
9 the door to Detention Officer C.K. and Nurse L.K. that he, DAVIS, had AIDS, referring
10 to acquired immunodeficiency syndrome.

11     9.      NSDC staff contacted the NCSO. DAVIS told the responding Deputy
12 Sheriff that he, DAVIS, had his urine and feces in a cup and threw it on Detention Officer
13 C.K. and Nurse L.K. earlier that night. DAVIS told the responding Deputy Sheriff that
14 he, DAVIS, has AIDS, and that he tried to get the feces into each of Detention Officer
15 C.K.'s and Nurse L.K.'s mouths so they would be infected with HIV (human
16 immunodeficiency virus).

17     10.     According to public information disseminated by the U.S. Department of
18 Health & Human Services (HHS) through HIV.gov, HIV is a virus that attacks the human
19 immune system, making a person more vulnerable to other opportunistic infections and
20 diseases. HIV may be transmitted through bodily fluids. Untreated, HIV can lead to the
21 disease AIDS. No effective HIV cure exists. While treatments exist to reduce the amount
22 of HIV in the body to very low level, a person who contracts HIV has HIV for life.
23 Treatments to prevent infection after a possible exposure are available but must be
24 administered within 72 hours. Without HIV medicine, people with AIDS typically survive

about 3 years. Once someone has a dangerous opportunistic illness, life expectancy without treatment falls to about 1 year.

11. Bodily fluids infected with HIV are "a deadly or dangerous weapon" if used with the intent to infect a victim. DAVIS is not known to have been diagnosed with AIDS or to be infected with HIV.

12. DAVIS assaulted NSDC Detention Officer C.K. and NSDC Nurse L.K. with a deadly or dangerous weapon on September 6, 2023, an act that involved physical contact with each victim of those assaults, while NSDC Detention Officer C.K. and NSDC Nurse L.K. were assisting a Federal Officer, U.S. Marshal Schofield, in the performance his official duties, and on account of that assistance. U.S. Marshal Schofield, NSDC Detention Officer C.K. and NSDC Nurse L.K. are each a person designated in Title 18, United States Code, Section 1114.

13. On September 8, 2023, at approximately 11:15 a.m., DAVIS was banging the inside of his cell door with a food tray, causing a disturbance in the facility. NSDC Chief of Security D.H. responded to the incident and directed DAVIS to return the food tray. DAVIS placed the food tray in the open food port of his cell door. When Chief of Security D.H. attempted to retrieve the tray, DAVIS forcibly pulled the tray back into his cell, cutting Chief of Security D.H.'s hand on the door of the food port, inflicting bodily injury.

14. DAVIS assaulted NSDC Chief of Security D.H. inflicting bodily injury on September 8, 2023, an act that involved physical contact with the victim of the assault, while NSDC Chief of Security D.H. was assisting a Federal Officer, U.S. Marshal Schofield, in the performance his official duties, and on account of that assistance. U.S.

1  Marshal Schofield and NSDC Chief of Security D.H. are each a person designated in Title
2  18, United States Code, Section 1114.

3  15. On September 13, 2023, at approximately 9:11 p.m., NSDC Detention Officer A.G. attempted to provide DAVIS his prescribed medications. When Detention Officer A.G. opened the food port of DAVIS' cell door, DAVIS threw a cup containing an unknown liquid through the food port, striking Detention Officer A.G. in the arm with an unknown liquid.

16. DAVIS assaulted NSDC Detention Officer A.G. on September 13, 2023, an act that involved physical contact with the victim of that assault, while NSDC Detention Officer A.G. was assisting a Federal Officer, U.S. Marshal Schofield, in the performance his official duties, and on account of that assistance. U.S. Marshal Schofield and NSDC Detention Officer A.G. are each a person designated in Title 18, United States Code, Section 1114.

17. During the evening of September 14, 2023, NSDC personnel needed to enter DAVIS' cell to remedy a maintenance issue. At approximately 9:03 p.m., NSDC Assistant Shift Supervisor D.P. directed DAVIS to place his hands at the food port of his cell door so that Assistant Shift Supervisor D.P. could place DAVIS in handcuffs to allow maintenance personnel to safely enter the cell. When Assistant Shift Supervisor D.P. opened the food port of DAVIS' cell door, DAVIS threw a container with feces and an unknown liquid through the food port, striking Assistant Shift Supervisor D.P. in the arm with feces and an unknown liquid.

18. DAVIS assaulted NSDC Assistant Shift Supervisor D.P. on September 14, 2023, an act that involved physical contact with the victim of that assault, while NSDC Assistant Shift Supervisor D.P. was assisting a Federal Officer, U.S. Marshal Schofield, in

the performance his official duties, and on account of that assistance. U.S. Marshal Schofield and NSDC Assistant Shift Supervisor D.P. are each a person designated in Title 18, United States Code, Section 1114.

## CONCLUSION

19. Based upon the information set forth in this application, your Complainant respectfully submits that there is probable cause to believe that Kirk Ormand DAVIS violated 118 U.S.C. §§ 111(a) and (b), Assault Inflicting Bodily Injury on a Person Assisting a Federal Officer, and 18 U.S.C. § 111(a), Assault on a Person Assisting a Federal Officer, on five occasions between September 6 and September 14, 2023, as described above.

Respectfully Submitted,

_____
Deputy United States Marshal Michael Desch
United States Marshals Service

Sworn and subscribed before me on September 25, 2023.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

9