RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kirk Ormand Davis

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br> KIRK ORMAND DAVIS,<br><br>  Defendant. | Case No. 2:23-mj-00858-MDC<br><br>**ORDER TO CONTINUE INITIAL APPEARANCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Initial Appearance currently scheduled on February 12, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. On January 30, 2024, the Honorable Gloria Navarro entered a finding of incompetency and order for restoration pursuant to 18 U.S.C. 4241(d), in the case of United States v. Kirk Ormand Davis, 2:12-cr-373-GMN and 2:13-cr-55-GMN.

2. Mr. Davis is set to undergo restoration proceedings within the Bureau of Prisons. It is not expected that Mr. Davis will return from those proceedings in time for the currently-scheduled February 12, 2024 initial appearance in this matter.

3. For these reasons, the parties respectfully request that the initial appearance in this matter be continued for 90 days.

This is the first request for a continuance of the initial appearance.

DATED this 6th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　Defendant. | Case No. 2:23-mj-00858-MDC<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the initial appearance currently scheduled for Monday, February 12, 2024 at 4:00 p.m., be vacated and continued to May 13, 2024, at 2:30 p.m., Courtroom 3D, before Judge Youchah.

　　DATED this 9th day of February, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3