UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　Defendant. | Case No. 2:23-mj-00858-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the initial appearance currently scheduled for Monday, May 13, 2024 at 2:30 p.m., be vacated and continued to October 11, 2024 at the hour of 2:30 pm in LV Courtroom 3A.

DATED this 10 day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE