# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK ORMAND DAVIS,<br><br>Defendant. | Case No. 2:23-mj-858-MDC<br><br>ORDER to Continue Initial Appearance |

Because a court of competent jurisdiction has found defendant Davis incompetent and ordered that he undergo treatment for restoration, and because defendant Davis remains unavailable to appear in the instant matter, IT IS HEREBY ORDERED that the initial appearance in the instant matter currently set for Friday, October 11, 2024, at 2:30 p.m. is hereby vacated and continued to February 24, 2025 at 2:30 pm in Courtroom 3A.

IT IS SO ORDERED this October 10, 2024.

_____

THE HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE