# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-858-MDC |
| Plaintiff, | ORDER to Continue Initial Appearance |
| vs. | |
| KIRK ORMAND DAVIS, | |
| Defendant. | |

Because a court of competent jurisdiction has found defendant Davis incompetent and ordered that he undergo treatment for restoration, and because defendant Davis remains unavailable to appear in the instant matter, IT IS HEREBY ORDERED that the initial appearance in the instant matter currently set for Monday, February 21, 2025, at 2:30 p.m. is hereby vacated and continued to May 29, 2025 at 2:30 pm in LV Courtroom 3C before Magistrate Judge Nancy J. Koppe.

IT IS SO ORDERED this February 20, 2025.

_____
THE HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE