UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>KIRK ORMAND DAVIS,<br><br>       Defendant. | Case No. 2:23-mj-00858-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled for Thursday, May 29, 2025 at 2:30 p.m., be vacated and continued to June 11, 2025 at the hour of 2:30 pm in courtroom 3B before Magistrate Judge Brenda N. Weksler.

DATED this 27 day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3